No. 5245.—Díaz Quiñones, aplte. v. Padín Ríos, apldo.— C. D. Mayagüez. ▮▮▮▮ Marzo 11, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Con lugar la moción de desestimación por falta de la debida prosecución.

No. 5246.—Piovanetti, et al., apldos., v. Bacó, et al., apltes.—C. D. Mayagüez. ▮▮▮▮▮▮ Marzo 11, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Con lugar la moción de desestimación por falta de la debida prosecución.

No. 4204.—Pueblo, apldo., v. Feliciano, aplte.—C. D. Humacao. ▮▮▮ Marzo 12, 1930.

Desestimada a petición del fiscal, por abandono.

No. 699.—González Collazo, peticionario, v. Corte de Distrito de Guayama, demandada.—▮▮▮ Marzo 18, 1930.

No habiendo dado cumplimiento el peticionario de modo persistente a la Regla 69 del Reglamento de esta corte, se anula el auto expedido devolviéndose los procedimientos elevados a virtud del mismo a la corte de su origen.

No. 267.—The United Porto Rican Bank, peticionario, v. C. Llauger Díaz, Juez de Distrito de San Juan, demandado. ▮▮▮ Marzo 17, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No ha lugar.

No. 5252.—Garriga, aplda., v. Medina, aplte.—C. D. San Juan. ▮▮▮ Marzo 18, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

En un caso de reivindicación en el cual no se ha dictado sentencia, una orden de la corte negándose a abrir una rebeldía anotada por el secretario de la misma, no es apelable; por tanto, se declara con lugar la moción de la apelada y se desestima la apelación.